UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH J. HOFFMAN JR. | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 12-2303 |
| v. | : | **ORDER** |
| METROPOLITAN INSURANCE & ANNUITY CO., MET TOWER & LIFE INSURANCE CO., NIKOLAOS PLIANTHOS, ERIC FRANTZ, JOHN DOES 1-10, jointly, severally, and in the alternative | : : : | |
| Defendants. | : | |

This matter having come before the Court on Plaintiff's Motion to Remand, and the Court having considered the written submissions of the parties,

IT IS on this 1st day of August, 2012 hereby ORDERED that the motion is DENIED.

 S/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
United States District Judge